IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDRE SIMMONS,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-287-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Andre Simmons' motion for post conviction relief under 28 U.S.C. § 2255.

By: _____           9-23-2013
Peter Oppeneer, Clerk of Court                          Date