## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE SIMMONS,

               Petitioner,

v.

UNITED STATES OF AMERICA,

               Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-287-bbc

---

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Andre Simmons' motion for post conviction relief under 28 U.S.C. § 2255.


By: _Ryan Kanne, Deputy Clerk_                _9-23-2013_

Peter Oppeneer, Clerk of Court                Date